## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| MAINE SPRINGS, LLC, <br> a Limited Liability Company of the State of Maine <br> 853 Maine Street <br> Poland Spring, ME 04274, <br> <br> Plaintiff <br> <br> v. <br> <br> NESTLE WATERS NORTH AMERICA INC., <br> a Delaware Corporation <br> 900 Long Ridge Road <br> Building 2 <br> Stamford, CT 06902, <br> <br> Defendant | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action No. <br> <br> <br> <br> <br> <br> <br> **COMPLAINT AND DEMAND FOR TRIAL BY JURY** |

Plaintiff, Maine Springs, LLC, brings this Complaint against Defendant, Nestle Waters North America, LLC, and says:

## **PARTIES**

1. Plaintiff, Maine Springs, LLC ("Maine Springs"), is a limited liability company, formed and existing under the laws of the State of Maine, having a principal place of business located at 853 Maine Street, Poland Spring, Maine 04274.

2. Defendant, Nestle Waters North America Inc. ("Nestle Waters") is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located at 900 Long Ridge Road, Building 2, Stamford, Connecticut 06902.

3. Nestle Waters is engaged in the business of locating and managing sources of water; extracting and obtaining water for bottled water products; bottling water; developing

packing and marketing of bottle water; selling and distributing of bottled water products to consumers; and delivering bottled water products to consumers, nationally, including in the State of Maine. This action involves claims arising out of the false, deceptive and misleading advertising of Nestle Waters' Poland Spring® Brand of bottled water.

## JURSIDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. §1121 (the "Lanham Act") and 28 U.S.C. §§1331 and 1338(a), for the claims under Section 43(a) of the Lanham Act. This Court has jurisdiction pursuant to 28 U.S.C. §1132, 1338(b) and 1367 for the Plaintiff's common law claim for tortious interference with prospective business relations.

5. Venue is proper in this District pursuant to 28 U.S.C. §1391 since Defendant conducts business in this District.

## FACTUAL ALLEGATIONS

6. Nestle Waters, a business unit of Nestle, S.A., is the largest bottled drinking water company in the United States. http://www.nestle-watersna.com/en/about-nestle-waters Nestle Waters' annual revenues were $4.0 billion in 2012, up 6.8% from 2011. Id.

7. Nestle Waters maintains a 31.6% share of all bottled water sales in the United States, which leads the next bottled water manufacturer, Niagara, by almost double, according to the following graph on its website



http://www.nestle-watersna.com/en/about-nestle-waters/industry-overview/beverage-consumption-sales

8.      Nestle Waters markets 15 brands of water, including its Poland Spring® Brand, which is the #1 bottled water in its region and which is the subject of this litigation, as follows:

| **Brand Share by Region*** | |
|---|---|
| Arrowhead – Rank #1 | 16% |
| Deer Park – Rank # 1 | 22.3% |
| Ice Mountain – Rank #1 | 22.2% |
| Ozarka – Rank # 1 | 20.9 % |
| Poland Spring – Rank # 1 | 53.6% |
| Zephyrhills – Rank # 1 | 40% |
| Nestlé Pure Life | 17.7% |
| Total U.S. Imported brands (Acqua Panna, Perrier, S. Pellegrino) | 48.4% |
| | |
| *Source: Nielsen Scantrack 52wk Ending 12/31/11 | |

http://www.nestle-watersna.com/en/about-nestle-waters/key-facts-and-figures

8. Plaintiff, Maine Springs, was founded approximately seven (7) years ago by its principal, John Juliano, for the purpose of establishing a bottled water operation in Poland Spring, Maine.

9. Maine Springs owns the natural springs, bottling facility, bulk water facility and necessary equipment for the bottled water operations. The bottling facility is located in Poland Spring, Maine and is permitted for 500 gallons per minute of water extraction; the bulk water facility is located approximately 2 miles away in Poland, Maine and it permitted for 1000 gallons per minute of water extraction. Each has its own spring water source.

10. In or about 2007, Maine Springs acquired the above mentioned permits, which makes Maine Springs the holder of the single largest natural spring water withdrawal permit issued by the State of Maine. Maine Springs formed its business with the intention to serve customers in Maine, New York, Massachusetts, Connecticut and New Jersey.

11. On or about March 4, 2010, Nestle Waters, by and through its legal counsel, threatened litigation against Maine Springs, based upon Maine Springs' attempt to bottle and market a product which Nestle Waters believed infringed on its Poland Spring ® Brand water. (A true and correct copy of counsel's letter is attached hereto as Exhibit "A".) The gist of Nestle Waters' position was that Maine Springs could not identify the source of its water, Poland Spring, Maine, without creating confusion with Nestles Water's Poland Spring® Brand product.

12. Nonetheless, Maine Springs made attempts to supply other bottling companies with its bulk water. For example, in or about October 2011, Maine Springs proposed to supply spring water to Niagara Bottling Company; in April 2012, Maine Springs made a similar proposal to Crystal Rock.

13. In or about that same time, Nestle Waters, through counsel, again objected to Maine Springs' bottling, distribution and marketing of its water. Nestle Waters contended that:

As you know the Poland Spring® brand of spring water originated from the famous "Poland Spring", located in Poland Spring, Maine. Water from the "Poland Spring" has been marketed for decades under the Poland Spring® trademark, a mark that has become famous and universally associated in the minds of the consuming public with bottled water marketed and sold by Nestle and its predecessors. Given these facts, the statement on Maine Springs' label, "Source Poland Spring Maine", will create in the minds consumers the impression that source of the product is the "Poland Spring" owned by Nestle. While we appreciate that there is a geographic location known as Poland Spring, Maine, the predominant associations created by the statement are that the "Poland Spring" is the source of the water and that its contents are associated with the Poland Spring® brand."

In light of these facts, the referenced statement constitutes, among other things, a false designation of origin and false and misleading representation of fact under Section 43 of the Lanham Act, and will likely cause confusion or misunderstanding as to the affiliation, connection or sponsorship of Nestle under Section 43 and the Maine Uniform Deceptive Trade Practices Act.

(See letter from Nestle Waters' counsel dated September 27, 2011, Exhibit "B")

14. Nestle demanded that Maine Springs not use any label which would identify Poland Spring, Maine as the source of its water. However, as a matter of federal and state law, bottled water must identify its source on the label. Specifically, Maine Springs would be required to identify its source by city, state and ZIP code on the bottle as required by Maine R. 10-144, Ch. 235, § 8. Section 403 of the FFDCA requires that the manufacturer's name and place of business be identified on the bottle. Maine Springs' source is located in Poland Spring, Maine, and thus, the bottled water necessarily would have to say so.

15. In response, Maine Springs, in an attempt to satisfy Nestle Waters' accusation that labeling Maine Springs' water as sourced from Poland Spring, Maine was somehow misleading to Nestle Waters' customers, changed its label from "Source: Poland Spring, Maine" to "Source: **Located** in Poland Spring, Maine." (Emphasis added.)

5

16. Nonetheless, on or about October 21, 2011, again through legal counsel, Nestle Waters advised that it did not approve this change; nor would it do so and that Maine Springs' suggestion to Niagara Bottling that Nestle Waters did approve of this label was false. (Exhibit "C") Counsel again threatened that Nestle Waters would continue to monitor Maine Springs' advertising and marketing of its products and take appropriate action to protect its brand.

17. Both Niagara Bottling and Crystal Rock have rejected Maine Springs' supply proposals. Other bottling companies and at least one distributor have similarly rejected Maine Springs' proposals for fear of threatened litigation by Nestle Waters. As a result, Maine Springs has been prevented from selling any of its water and the bottling and distribution facilities have sat idle.

18. Although Nestle Waters also has a bottling plant in Poland Spring, Maine the original Poland Spring is not in fact used as a resource for Poland Spring® Brand water, as it has been dry for many decades and Defendant has long ago acknowledged that fact.

19. Nestle Waters' Poland Spring® Brand is America's leading brand of bottled water, and Nestle Waters represents to its consumers that its Poland Spring® Brand bottled water is 100 percent natural spring water. It identifies its product as Poland Spring® Brand 100 percent Natural Spring Water. Its label contains the description "100% Natural Spring Water":



20. The Nestle Waters' Poland Spring® Brand water website states:

> Born Better.® Poland Spring® Brand 100% Natural Spring Water is sourced only from carefully selected springs, and contains naturally occurring minerals for a crisp, clean taste.

6

> http://www.polandspring.com/
>
> There are over three hundred fifty-eight million trillion gallons of water on Earth. But not all water is created equal. Poland Spring® Brand 100% Natural Spring Water comes only from carefully selected mountain springs that are continually replenished. What starts out as rain and snow, soaks into the ground and is filtered naturally by the earth with a distinct composition of minerals to create our crisp, refreshing taste.
>
> http://www.polandspring.com/#/assured/our_quality
>
> Every drop of Poland Spring® Brand 100% Natural Spring Water comes from carefully selected spring sources and is captured at the source.
>
> http://www.polandspring.com/#/assured/our_quality

21. Video content and script on the website additionally demonstrates to the viewer that the water that is bottled as Poland Spring® Brand 100% Natural Spring Water is uniquely naturally filtered water from deep beneath the earth:

> . . . not all water is created equal.  Only 1 billionth of 1 % is filtered naturally beneath the earth with a distinct balance of minerals and emerges crisp and refreshing enough to be called Poland Spring.

https://www.youtube.com/watch?feature=player_embedded&v=b-tfwCZqmpI

22. While making these representations, Nestle Waters omits material information, that is, that the Poland Spring® Brand water in fact is not 100 percent sourced from natural springs.  This is likely to be deceptive because the water does not come from the Poland Spring, but rather from a variety of sources including springs, ground water and well water in the Maine geographic area.

23. Further, Nestles Waters identifies the Poland Spring as one of its sources of the water – "Sources: Poland Spring, Poland Spring, Maine."  Since the original Poland Spring has not been in use for over 30 years, as set forth below, that representation is literally false.

24. The bottled water industry has its own self-regulating body, the International Bottled Water Association ("IBWA"). Bottled water is defined by the IBWA as water sealed in a

7

sanitary container to be sold for human consumption.  It can be artificially purified, sourced from a nature spring or aquifer, flavored or carbonated.

25. Bottled water is considered a consumer food product by U.S. Food and Drug Administration (FDA), which has strict standards of identity for bottled water.  The FDA requires that the "type" of water must be clearly printed on the label of all bottled water sold in the United States.  The FDA has strict bottled water Standards of Identity providing uniform requirements and definitions for the following bottled water classifications: bottled, drinking, artesian, groundwater, distilled, deionized, reverse osmosis, mineral, purified, sparkling, spring, sterile and well water.

26 Bottled water manufacturers and distributors over the last several years have attempted to differentiate their product from regular bottled tap water by sourcing the water from sources other than local municipal water supplies, such as a spring or an aquifer.

27. Spring water is defined consistently by the Federal Food and Drug Administration ("FDA"), Maine State regulations and the IBWA as "water derived from an underground formation from which water flows naturally to the surface of the earth.  Spring water must be collected only at the spring or through a borehole tapping the underground formation feeding the spring.  Spring water collected with the use of an external force must be from the same underground stratum as the spring, must have all the physical properties before treatment and must be of the same composition and quality as the water that flows naturally to the surface of the earth." http://www.bottledwater.org/types/bottled-water  (FDA/IBWA)

Maine Code 10-144 ch. 235, defines "spring water" as:

Water derived from an underground formation from which water flows naturally to the surface of the earth.  Spring water must comply with the U.S. EPA National Primary and Secondary Drinking Water Standards, 40 CFR Section 141, from time to time amended. Spring water shall be collected only at the spring or through a borehole tapping the

8

underground formation feeding the spring. There shall be a natural force causing the water to flow to the surface through a natural orifice. The location of the spring shall be identified and such identification shall be maintained in the plant's records. Spring water collected with the use of an external force shall be from the same underground striation as the spring, as shown by a measurable hydraulic connection using a hydro geologically valid method between the bore hole and the natural spring, and shall have all the physical properties, before treatment, and be of the same composition and quality, as the water that flows naturally to the surface of the earth. A water chemistry comparison is typically done by plotting cations and anions for both the spring and borehole on a "Piper Diagram".

28. Consumers will pay more for bottled water sourced from a spring than from a municipal tap, or other source.

29. As a result, bottled water manufacturers, like Nestle Waters, have prominently advertised their bottled water as being sourced from a natural spring.

30. Nestle Waters has complained that Maine Springs' water, because it must be labeled as sourced in Poland Spring, Maine, will likely be confused with the Poland Spring® Brand water.

31. Though Nestle Waters has a long history of bottling spring water, the Poland Spring® Brand water Nestlé Waters began marketing in 1994 has never been extracted from the Poland Spring (a bedrock spring located near the top of Ricker Hill in the Town of Poland Spring, Maine), and does not even come from the same aquifer as the original source.

32. Additionally, the ground or well water sold as Poland Spring® Brand does not necessarily come from carefully selected mountain springs that are continually replenished, as advertised, but from other sources including ground water and well water in the Maine geographic area. Further, it is sold as 100% natural spring water when it is not. Thus, the Poland Spring® Brand name and advertising is misleading.

## COUNT I – Lanham Act Violations

33. Plaintiff, Maine Springs, repeats the allegations above as if set forth in full herein.

34. Section 43(a) of the Lanham Act provides:

> Any person who . . . in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or her or another person's goods, services, or commercial activities, shall be liable in a civil action by any person who believes that he or she is likely to be damaged by such act.

15 U.S.C. §1125(a)(1)(B)

35. The conduct of Nestle Waters in marketing and advertising its Poland Spring® Brand water in the foregoing manner violated and continues to violate the provisions of the Lanham Act.

36. Nestle Waters' commercial advertisements regarding the source and nature of Poland Spring® Brand bottled water contain false and/or misleading statements. In particular, without limitations, its advertisements contain the following false or misleading statements of fact:

(a) That Poland Spring® Brand water comes "from carefully selected mountain springs that are continually replenished" and "[e]very drop of Poland Spring® Brand 100% Natural Spring Water comes from carefully selected spring sources and is captured at the source."

(b) That Poland Spring® Brand water is sourced from the Poland Spring.

(c) That Poland Spring® Brand water is 100% natural spring water.

37. Maine Springs' claims of false advertising by Nestle Waters' misrepresentation of the source of the Poland Spring® Brand water are not preempted by the FDA.

38. Nestle Waters' misrepresentations concerning Poland Spring® Brand water are material in that the misrepresentations set forth above are likely to influence, and have influenced, the purchasing decisions of consumers.

39. Nestle Waters' misrepresentation concerning Poland Spring® Brand water violate and continue to violate the Lanham Act in that the misrepresentations set forth above have actually deceived, or have the tendency to deceive, a substantial segment of the public that it is targeting with its false and misleading marketing and/or advertising.

40. Nestle Waters' misrepresentations as set forth above concerning Poland Spring® Brand water are literally false, thus, there is a presumption under the Lanham Act that the statements actually mislead and continue to mislead consumers.

41. Nestle Waters' violated the Lanham Act by placing in interstate commerce the false and/or misleading statements concerning Poland Spring® Brand water.

42. As a direct and proximate result of Nestle Water's misrepresentations about Poland Spring® Brand water, competitors, such as Plaintiff Maine Springs, have and continue to suffer damage.

WHEREFORE, Plaintiff, Maine Springs, request that the Honorable Court enter judgment in its favor and against Defendant, Nestle Waters, for:

(a) Actual and punitive damages;

(b) Restitution, disgorgement and other equitable relief;

(c) Attorneys' fees, expenses and costs; and

(d) Such other relief as the court deems just and appropriate.

## COUNT II

### TORTIOUS INTERFERENCE

43. Plaintiff repeats each allegation set forth above as if set forth in full herein.

44. Plaintiff had a reasonable expectation that it would sell its water for distribution to companies in the distribution chain such as Crystal Rock, Niagara, Crystal (Auburn, Maine), Summit Spring and Pine State Trading Company.

45. However, Defendant interfered with those prospective relationships through intimidation; and in particular by the threat of litigation as set forth above.

46. As a result of Defendant's interference, Plaintiff has suffered actual damages in that it is being prevented from entering the market and selling its product.

47. Defendant's actions are without justification or privilege and are merely intended to prevent Plaintiff from competing against it.

Wherefore, Plaintiff, Maine Springs, request that the Honorable Court enter judgment in its favor and against Defendant, Nestle Waters, for:

(a) Actual and punitive damages;

(b) Other equitable relief;

(c) legal fees and costs; and

(d) Such other relief as the court deems just and appropriate.

## TRIAL BY JURY

Plaintiff demands a trial by jury as to all issues.

Dated:  August 11, 2014

                                         By:     */s/ Steven E. Angstreich*
                                                       Steven E. Angstreich
                                                       John C. Eastlack
                                                       Amy R. Brandt
                                                       Attorneys for Plaintiff

                                                       WEIR & PARTNERS, LLP
                                                       1339 Chestnut Street
                                                       Suite 500
                                                       Philadelphia, PA 19107
                                                       215-665-8181
                                                       215-665-8464 fax
                                                       sangstreich@weirpartners.com
                                                       jeastlack@weirpartners.com
                                                       abrandt@weirpartners.com


Dated:  August 11, 2014

                                         By:     */s/ Lauri Boxer-Macomber*
                                                       U. Charles Remmel, II
                                                       Lauri Boxer-Macomber
                                                       Attorneys for Plaintiff

                                                       KELLY, REMMEL & ZIMMERMAN
                                                       53 Exchange Street
                                                       P.O. Box 597
                                                       Portland, Maine 04112
                                                       (207) 775-1020
                                                       CRemmel@krz.com
                                                       LBoxer@krz.com