UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MAINE SPRINGS LLC<br>Plaintiff,<br><br>v.<br><br>NESTLE WATERS NORTH AMERICA INC<br>Defendant, | )<br>)<br>)<br>)  Civil No. 2:14-cv-321-GZS<br>)<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Order on Motion to Dismiss entered by U.S. District Judge George Z. Singal on March 18, 2015, the Motion to Dismiss Count One is granted, and Count Two is dismissed without prejudice.  Judgment is hereby entered in favor of the Defendant, Nestle Waters North America, Inc. and against the Plaintiff, Maine Springs, LLC.

                                                                                   CHRISTA K. BERRY
                                                                                    CLERK


                                                        By:     /s/Lindsey Caron
                                                                                    Deputy Clerk


Dated: March 18, 2015